UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Madonna M. Schroeder

Plaintiff,

vs.

Monogram Credit Card Bank of Georgia and Balogh Becker, Ltd.,

Defendants

Court File No. 00-CV-1293 (DSD/JMM)

STIPULATION AND ORDER FOR DISMISSAL

---

WHEREAS, the Plaintiff, Madonna M. Schroeder, and Defendants, Monogram Credit Card Bank of Georgia and Balogh Becker, Ltd., have entered into a General Release and Settlement Agreement which fully settles all contested issues in this case:

IT IS HEREBY STIPULATED AND AGREED pursuant to Rule 41.01(a) of the Minnesota Rules of Civil Procedure, that this lawsuit be dismissed with prejudice with the parties bearing their own costs, disbursements and attorneys' fees.

BALOGH BECKER, LTD.

By ______________________
Gary W. Becker (#5964)
3100 West Lake Street, Suite 110
Minneapolis, MN 55416
(612) 915-7407

JUL 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1182539.1

BRIGGS AND MORGAN, P.A.

By ______________________
Timothy R. Thornton (#109630)
Susan E. Ryan (#27477X)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8404

ORDER

Based upon the foregoing Stipulation of the parties, this case is hereby dismissed with prejudice with the parties bearing their own costs, disbursements and attorneys' fees.

Dated this 13th day of July, 2000.

______________________
Judge of District Court